IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | Case No.: 1:24-cv-03210-MMP-SMF<br><br>Honorable Martha M. Pacold<br><br>Magistrate Sheila M. Finnegan |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(A)(ii) and Docket Order 57, PARTIES HEREBY SUBMIT THE FOLLOWING:

Plaintiff Hong Kong Leyuzhen Technology Co. Limited ("Plaintiff"), and Defendant number 93 B2prity, hereby stipulate to dismiss the above-named defendant from this action, without Prejudice.

WHEREFORE

1. Plaintiff filed its Complaint for Copyright Infringement on April 22, 2024.

2. On May 8, 2024, the temporary Restraining Order was issued, and Plaintiff immediately served Discovery and subpoenaed the third-party, Amazon, to obtain Defendant contact information to effectuate service on the Defendants.

3. On May 16, 2024, Plaintiff received the Defendant's contact information from the third-party, Amazon, and on the same day, electronically served the Schedule A Defendants.

4. On May 22, 2024, Attorney for Defendant, number 93 B2prity appeared, attorney Adam Urbanczyk.

5. On May 25, 2024, Plaintiff's counsel and Defendant's counsel began discussions regarding how to proceed with each other in this case.

6. At the time of the hearing on June 20, 2024, Plaintiff's counsel reviewed certain alleged sales data and prior settlement communications between counsel and voluntarily elected to dismiss the asserted claims for relief against the Defendant in consideration for opposing counsel's ongoing efforts to settle numerous other pending claims against multiple defendants.

THEREFORE, parties hereby request an order granting the stipulated dismissal of defendants by Plaintiff.

DATED: June 21, 2024

Respectfully submitted,

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com

*Attorney for Plaintiff*

By: */s/Adam Urbanczyk*
Adam Urbanczyk (Bar No. 6301067)
AU LLC
444 W. Lake St., 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com

*Attorney for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*